# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ADAM LEVOWITZ,

    Plaintiff,

v.                                        Case No:   6:25-cv-1424-AGM-LHP

PERSONIFY HEALTH INC. and
PERSONIFY HEALTH HOLDING
COMPANY, LLC,

    Defendants

_____

## ORDER

Before the Court is Plaintiff's Motion to Compel Depositions.  Doc. No. 47.  On review, the motion (Doc. No. 47) is **DENIED without prejudice,** for failure to comply with the Standing Order on Discovery Motions.  *See* Doc. No. 37.  Specifically, the motion fails to comply with the word limitations, does not attach any of the discovery at issue, and indicates that Plaintiff conferred with Defendants via email, rather than via telephone or in person.  *See* Doc. No. 47; *see also* Doc. No. 37 ¶¶ 1-3.  It also appears that Plaintiff filed the notices of depositions as a separate docket entry, (Doc. No. 48), which is not permissible.  *See* Fed. R. Civ. P. 5(d)(1)(A).  The notices are therefore **ORDERED STRICKEN**.

Plaintiff is advised that any renewed motions must comply with all applicable Local Rules, Federal Rules of Civil Procedure, and Court orders. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989), *cert. denied*, 493 U.S. 863 (1989) (*pro se* litigants are "subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure").

**DONE** and **ORDERED** in Orlando, Florida on December 15, 2025.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties